**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ASCENSUS, LLC,

       Plaintiff,

   v.

ASCEND PARTNER SERVICES, LLC,

     Defendant.

C. A. No. 25-392-MN

**JURY TRIAL DEMANDED**

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that on April 6, 2026, a true and correct copy of Ascensus,

LLC's Second Set of Requests for Production (Nos. 39-43) was caused to be served on the

attorneys of record, at the following addresses via electronic mail:

Joseph J. Bellew (#4816)
Joseph E. Brenner (#6643)
GORDON REES SCULLY MANSUKHANI, LLP
221 W. 10th Street. 4th Floor, Suite 447
Wilmington, DE 19801
Tel: (302) 992-8955
jbellew@grsm.com
jbrenner@grsm.com

Dated:  April 6, 2026

**FISH & RICHARDSON P.C.**

By:   /s/  Robert M. Oakes
     Martina Tyreus Hufnal (No. 4771)
     Robert M. Oakes (#5217)
     Kelly A. Del Dotto (#5969)
     222 Delaware Avenue, Suite 1700
     Wilmington, DE 19801
     Tel: (302) 652-5070
     Fax: (302) 652-0607
     hufnal@fr.com
     oakes@fr.com
     allenspach.del.dotto@fr.com

     Kristen McCallion (admitted *pro hac vice*)
     Jessica Cohen-Nowak (admitted *pro hac vice*)
     Vivian Cheng (admitted *pro hac vice*)
     7 Times Square, 20th Floor
     New York, NY 10036
     Telephone: (212) 641-2277
     mccallion@fr.com
     cohen-nowak@fr.com
     cheng@fr.com

     *Attorneys for Plaintiff Ascensus, LLC*