## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASCENSUS, LLC, | ) |
|  | ) |
| Plaintiff, | ) C.A. No. 25-00392-MN |
|  | ) |
| v. | ) JURY TRIAL DEMANDED |
|  | ) |
| ASCEND PARTNER SERVICES, LLC, | ) |
|  | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Lisa M. Zwally, Esq. of Greenberg Traurig, LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801, as counsel for Plaintiff Ascensus, LLC in the above-captioned matter.

**GREENBERG TRAURIG, LLP**

*/s/ Lisa M. Zwally*
Lisa M. Zwally (No. 4328)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
(302) 661-7000
Lisa.Zwally@gtlaw.com

Dated:  June 9, 2026                              *Attorneys for Ascensus, LLC*